**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAYMOND POLLACK,<br><br>   Plaintiff,<br> v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>   Defendant. | Case No.: 3:15-cv-02356-MAS-DEA |

NOW COMES the Plaintiff, RAYMOND POLLACK, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: June 24, 2015      RESPECTFULLY SUBMITTED,

             By: /s/ Michael Siddons
               Michael Siddons (SBN 89018)
               Michael A. Siddons, Esquire
               The Law Office of Michael Alan Siddons, Esquire
               16 W. Front Street
               P.O. Box 403
               Media, PA 19063

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                                  By: /s/ Michael Siddons
                                      Michael Siddons