Michael A. Siddons
Attorney ID #017592008
The Law Firm of Michael Alan Siddons
230 N. Monroe Street
PO Box 403
Media, PA 19063
Tel: 609-285-3999
Email: msiddons@siddonslaw.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAYMOND POLLACK, ) | Case No.: 3:15-cv-02356-MAS-DEA |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| GC SERVICES LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

RAYMOND POLLACK (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC Services, LIMITED PARTNERSHIP. (Defendant), in this case. Plaintiff therefore request that this honorable Court withdraw the Motion to Reinstate (Document 9) and vacate all dates currently set on calendar for the present matter

Both sides to bear their own costs and expenses.

Dated: October 15, 2015                              RESPECTFULLY SUBMITTED,


            By: /s/ Michael Siddons
            Michael Siddons (SBN 89018)
            Michael A. Siddons, Esquire
            The Law Office of Michael Alan Siddons, Esquire
            16 W. Front Street
            P.O. Box 403
            Media, PA 19063


## CERTIFICATE OF SERVICE

  I hereby certify that on October 15, 2015, I electronically filed the foregoing Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.


            By: /s/ Michael A. Siddons
               Michael A. Siddons